UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA

                    Plaintiff(s),

VS.                                                    2:03-CR-049-JCM-PAL

PARRISH BOWEN

                    Defendant(s),

**ORDER FOR DESTRUCTION OF EXHIBITS**

        The Clerk's Office having given notice to counsel as prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, and counsel having failed to make arrangements to retrieve the exhibits in the allotted time, **IT IS HEREBY ORDERED** that the Clerk is authorized to destroy the exhibits previously admitted in this matter.

Dated:   August 18, 2010

                                                    U.S. DISTRICT JUDGE